1 Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
2 5055 Wilshire Blvd, Suite 300
Los Angeles, CA  90036
3 T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
4 Attorneys for Plaintiff,
DESIREE HERMAN
5

6 **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA,
SACRAMENTO DIVISION**

7 DESIREE HERMAN,                                )   **Case No.:**
                                                )
8              Plaintiff,                        )   **VERIFIED COMPLAINT AND DEMAND**
                                                )   **FOR JURY TRIAL**
9       vs.                                      )
                                                )   **(Unlawful Debt Collection Practices)**
10 NCO FINANCIAL SYSTEMS, INC.                   )
                                                )
11              Defendant.                       )
                                                )
12 _____ )

13

14                        **VERIFIED COMPLAINT**

15       DESIREE HERMAN (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the

following against NCO FINANCIAL SYSTEMS, INC. (Defendant):

16                          **INTRODUCTION**

17    1.  Count I of Plaintiff's Verified Complaint is based on the Fair Debt Collection Practices

18        Act, *15 U.S.C. 1692 et seq.* (FDCPA).  According to the FDCPA, the United States

19        Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt

20        collection practices by many debt collectors, and has determined that abusive debt

21        collection practices contribute to the number of personal bankruptcies, to marital

22        instability, to the loss of jobs, and to invasions of individual privacy.  Congress wrote the

23        FDCPA to eliminate abusive debt collection practices by debt collectors, to insure that

24        those debt collectors who refrain from using abusive debt collection practices are not

25

- 1 -

competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. *15 U.S.C. 1692(a) – (e).*

2. Count II of the Plaintiff's Verified Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA). According to the RFDCPA, the California legislature has determined that the banking and credit system and grantors of credit to consumers are dependent upon the collection of just and owing debts and that unfair or deceptive collection practices undermine the public confidence that is essential to the continued functioning of the banking and credit system and sound extensions of credit to consumers. The Legislature has further determined that there is a need to ensure that debt collectors exercise this responsibility with fairness, honesty and due regard for the debtor's rights and that debt collectors must be prohibited from engaging in unfair or deceptive acts or practices. *Cal. Civ. Code §1788.1(a) – (b).*

3. Plaintiff brings this action to challenge Defendant's actions with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

4. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

5. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy" and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

6. Because Defendant maintains a business office and conducts business in the state of California, personal jurisdiction is established.

VERIFIED COMPLAINT

7.  Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

8.  Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

### PARTIES

9.  Plaintiff is a natural person who resides in the Northridge, Los Angeles County, California and is allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

10. Defendant is a debt collector and sought to collect a consumer debt from Plaintiff which was due and owing or alleged to be due and owing from Plaintiff and is a "debtor" as that term is defined by *Cal. Civ. Code § 1788.2(h)*.

11. Defendant is a national company with a business office in Rancho Cordova, Sacramento County, California.

12. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

13. Defendant is not a firm of attorneys or counselors at law and is a company who, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection as that term is defined by *Cal. Civ. Code §1788.2(b)*, and is a "debt collector" as that term is defined by *Cal. Civ. Code §1788.2(c)*.

### FACTUAL ALLEGATIONS

14. Defendant constantly and continuously placed collection call typically from 223-051-6100 and 223-051-6400 to Plaintiff seeking and demanding payment for an alleged debt.

15. Defendant often placed collection calls to Plaintiff before 8:00 a.m.

16. Defendant threatened legal action and to garnish Plaintiff's wages.

VERIFIED COMPLAINT

## COUNT I
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

17. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(a)(1)* of the FDCPA when Defendant communicated with Plaintiff at an unusual time, often times before 8:00 a.m.

    b. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    c. Defendant violated *§1692e(4)* of the FDCPA when Defendant represented, implied, and threatened that nonpayment of Plaintiff's debt would result in garnishment of her wages even though such action is unlawful and Defendant has not and did not intend to take such action.

    d. Defendant violated *§1692e(5)* of the FDCPA when Defendant threatened to take legal action against Plaintiff even though such action could not be legally taken and Defendant has not and did not intend to take such action.

18. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit A).

WHEREFORE, Plaintiff, DESIREE HERMAN, respectfully requests judgment be entered against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

19. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

20. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

21. Actual damages,

22. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

23. Any other relief that this Honorable Court deems appropriate.

VERIFIED COMPLAINT

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

24. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Verified Complaint as the allegations in Count II of Plaintiff's Verified Complaint.

25. Defendant violated the RFDCPA based on the following:

    a. Defendant violated *§1788.10(e)* of the RFDCPA when Defendant threatened Plaintiff that nonpayment of the consumer debt may result in garnishment of Plaintiff's wages even though such action is unlawful and Defendant has not and did not intend to take such action.

    b. Defendant violated *§1788.11(d)* of the FDCPA by causing Plaintiff's telephone to ring repeatedly and continuously so as to annoy Plaintiff.

    c. Defendant violated *§1788.11(e)* of the FDCPA by placing collection calls to Plaintiff with such frequency that was unreasonable and constituted harassment.

    d. Defendant violated *§1788.13(j)* of the FDCPA by making false representations that a legal proceeding has been, is about to be, or will be instituted unless payment of a consumer debt is made.

    e. Defendant violated the *§1788.21* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*

26. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit A).

WHEREFORE, Plaintiff, DESIREE HERMAN, respectfully requests judgment be entered against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

27. Declaratory judgment that Defendant's conduct violated the Rosenthal Fair Debt Collection Practices Act,

VERIFIED COMPLAINT

28 Statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

29 Actual damages,

30 Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code § 1788.30(c)*, and

31 Any other relief that this Honorable Court deems appropriate

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, DESIREE HERMAN, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED: September 15, 2008            KROHN & MOSS, LTD.

By: _____

Nicholas J. Bontrager
Attorney for Plaintiff

- 6 -

VERIFIED COMPLAINT

1                    **VERIFICATION OF COMPLAINT AND CERTIFICATION**

2     STATE OF CALIFORNIA

3          Plaintiff, DESIREE HERMAN, states as follows:

4     1.   I am the Plaintiff in this civil proceeding.
      2.   I have read the above-entitled civil Complaint prepared by my attorneys and I believe
5          that all of the facts contained in it are true, to the best of my knowledge, information
           and belief formed after reasonable inquiry.
6     3.   I believe that this civil Complaint is well grounded in fact and warranted by existing
           law or by a good faith argument for the extension, modification or reversal of existing
7          law.
      4.   I believe that this civil Complaint is not interposed for any improper purpose, such as
8          to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a
           needless increase in the cost of litigation to any Defendant(s), named in the
9          Complaint.
      5.   I have filed this Complaint in good faith and solely for the purposes set forth in it.
10    6.   Each and every exhibit I have provided to my attorneys which has been attached to
           this Complaint is a true and correct copy of the original.
11    7.   Except for clearly indicated redactions made by my attorneys where appropriate, I
           have not altered, changed, modified or fabricated these exhibits, except that some of
12         the attached exhibits may contain some of my own handwritten notations.

13         Pursuant to 28 U.S.C. § 1746(2), I, DESIREE HERMAN, hereby declare (or certify,
      verify or state) under penalty of perjury that the foregoing is true and correct.
14

15    DATE: 9/15/08                          _____

16                                                      DESIREE HERMAN

17

18

19

20

21

22

23

24

25

                                              - 1 -

                                    VERIFIED COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## **EXHIBIT A**

VERIFIED COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the
Defendant's debt collection activities:

1. Sleeplessness (CALLING WHILE I WAS SLEEPING)       YES   NO
2. Fear of answering the telephone                    YES   NO
3. Nervousness                                        YES   NO
4. Fear of answering the door                         YES   NO
5. Embarrassment when speaking with family or friends YES   NO
6. Depressions (sad, anxious, or "empty" moods)       YES   NO
7. Chest pains                                        YES   NO
8. Feelings of hopelessness, pessimism                      YES
   NO
9. Feelings of guilt, worthlessness, helplessness           YES
   NO
10. Appetite and/or weight loss or overeating and weight gain  YES
    NO
11. Thoughts of death, suicide or suicide attempts    YES   NO
12. Restlessness or irritability                      YES   NO
13. Headache, nausea, chronic pain or fatigue               YES
    NO
14. Negative impact on my job                         YES   NO
15. Negative impact on my relationships                     YES
    NO

Other physical or emotional symptoms you believe are associated with abusive
debt collection
activities: Anxiety + frustration in dealing
with these people. The calls +
threats were very upsetting especially
during my work hours when I was
interrupted + upset while attempting to
do my job.

        Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or
state) under penalty of perjury that the foregoing is true and correct.

Dated: 9/15/08

                                        _____
                                        Signed Name

                                        Desirée Herman
                                        Printed Name