Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:    619/222-3667
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE HERMAN,                       ) | Case No.  08 CV 02185-LKK-EFB |
| Plaintiff,            ) | |
| vs.                    ) | |
| NCO FINANCIAL SYSTEMS, INC.,    ) | STIPULATION OF DISMISSAL |
| ) | WITH PREJUDICE AND |
| Defendant.            ) | [PROPOSED] ORDER |
| ) | |
| ) | Fed. R. Civ. P. 41(a)(1) |
| ) | |
| ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, DESIREE HERMAN, and

Defendant, NCO FINANCIAL SYSTEMS, INC. stipulate, and the Court hereby

orders, as follows:

///

///

///

///

1

STIPULATION OF DISMISSAL WITH PREJUDICE

1    ///

2           The dispute between the parties has been settled, therefore, the claims

3

4    asserted by Plaintiff, DESIREE HERMAN, against Defendant, NCO

5    FINANCIAL SYSTEMS, INC., in the above-captioned proceeding are hereby

6    dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

7

8    Dated:11/04/08              KROHN & MOSS, LTD.

9                               /s/ Nicholas J. Bontrager
10                              Nicholas J. Bontrager, Esq.
                                Attorney for Plaintiff,
11                              Desiree Herman

12

13   Dated:11/04/08              SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

14                               /s/ Debbie P. Kirkpatrick
15                              Debbie P. Kirkpatrick, Esq.
                                Attorney for Defendant,
16                              NCO Financial Systems, Inc.

17

18   THE FOREGOING STIPULATION
     IS APPROVED AND IS SO ORDERED.
19

20   Dated:

21                              _____
                                The Honorable Lawrence K. Karlton
22                              United States District Judge

23

24

25

26

27

28

2

**STIPULATION OF DISMISSAL WITH PREJUDICE**