Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel: 619/758-1891
Fax: 619/222-3667
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DESIREE HERMAN,

Plaintiff,

vs.

NCO FINANCIAL SYSTEMS, INC.,

Defendant.

Case No. 08 CV 02185-LKK-EFB

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

Fed. R. Civ. P. 41(a)(1)

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, DESIREE HERMAN, and Defendant, NCO FINANCIAL SYSTEMS, INC. stipulate, and the Court hereby orders, as follows:

///

///

///

///

///



PDF created with pdfFactory trial version www.pdffactory.com

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, DESIREE HERMAN, against Defendant, NCO FINANCIAL SYSTEMS, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated:11/04/08

KROHN & MOSS, LTD.

/s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.
Attorney for Plaintiff,
Desiree Herman

Dated:11/04/08

SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick, Esq.
Attorney for Defendant,
NCO Financial Systems, Inc.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: November 5, 2008

Lawrence K Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT



PDF created with pdfFactory trial version www.pdffactory.com